# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| SAMUEL LOVE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GARY W. JACINTO, in his individual and representative capacity as trustee of the Terri L. Jacinto Trust (12/18/07); MENTONE PLAZA LIQUOR, INC., a California Corporation; and Does 1-10,<br>　　　　Defendants. | Case: 5:14-CV-00238-VAP-DTB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 25, 2014　　　　_/s/ Virginia A. Phillips_
　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE